UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIN HITCHNER and JONATHAN W. WALKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GATEWAY ENERGY SERVICES CORPORATION,<br><br>Defendant. | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41 (a)(1)(A)(i)<br><br>Case No.: 7:18-cv-00380-VB |



### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Erin Hitchner and Jonathan W. Walker, individually and on behalf of all others similarly situated and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant.

Date: March 28, 2018

/s/ Jonathan Shub
Signature of plaintiffs or plaintiff's counsel

One South Broad Street, Suite 2100
Address

Philadelphia, PA 19107
City, State & Zip Code

(215) 238-1700
Telephone Number

---

All scheduled conferences or other scheduled court appearances are are cancelled.
The Clerk is instructed to terminate the pending motion (Doc. #12), and close this case.

SO ORDERED:

WB— 3/29/18

Hon. Vincent L. Briccetti
United States District Judge